AO 10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004 **COPY**

Report Required by the Ethics in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| FOREMAN, JAMES L | SOUTHERN DISTRICT OF ILLINOI | 5/3/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US SENIOR JUDGE | ○ Nomination, Date  ○ Initial  ◉ Annual  ○ Final | 1/1/2004 to 12/31/2004 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 301 West Main Street  Benton, IL 62812 | Reviewing Officer_____ Date_____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust #1 and Trust #2 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

2005 MAY 10 A 10: 19
FINANCIAL DISCLOSURE OFFICE
RECEIVED

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| FOREMAN, JAMES L | 5/3/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE · (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 12/31/04 | Illinois Municipal Retirement Fund | $1,262.35 |
| 2. | 12/31/04 | State Retirement System of Illinois | $3,504.76 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE · ( o reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOREMAN, JAMES L | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS -- income. value; transcations (includes those of the spouse and dependent children. See pp 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or trasactions) | | | | | | | | | |
| 1. City National Bank Common Stock-Trust #1 | E | Dividend | O | W | | | | | |
| 2. Nisource Common Stock-Trust #2 | A | Dividend | J | T | | | | | |
| 3. Exxon Common Stock -Trust #1 | D | Dividend | N | T | | | | | |
| 4. Scudder Tech. Fnd-Trust #2 | A | Dividend | J | T | | | | | |
| 5. City National Bank Accounts-Trusts #1 & #2 | B | Interest | M | T | | | | | |
| 6. Bell South Common Stock-Trust #2 | B | Dividend | K | T | | | | | |
| 7. Rental Property #1, ████ Metropolis, IL-Trusts #1 & #2 | D | Rent | L | W | | | | | |
| 8. Farm-Massac County, IL, Trusts #1 & #2 | D | Rent | L | W | | | | | |
| 9. Farm-Johnson County, IL, Trusts #1 & #2 | D | Rent | M | W | | | | | |
| 10. Farm-Pope County, IL, Trusts #1 & #2 | C | Rent | L | W | | | | | |
| 11. Rental Property #2, garage, Metropolis, IL-Trusts #1 & #2 | E | Rent | L | W | | | | | |
| 12. Cont. for Sale of Land to James Carter-Coastal Gas Station in Metropolis-Trusts #1 & #2 | | None | K | T | Cont. Rel. | 03/12 | J | A | Contract released to Sellers |
| 13. Glaxosmithkline PLC ADR-Trust #1 | B | Dividend | K | T | | | | | |
| 14. Wal-Mart Common Stock-Trust #2 | A | Dividend | K | T | | | | | |
| 15. McDonalds Common Stock-Trust #2 | A | Dividend | J | T | | | | | |
| 16. Ashland Oil Common Stock-Trust #2 | B | Dividend | K | T | | | | | |
| 17. Southwestern IL Dev Authority Water Bonds-Trusts #1 & #2 | B | Interest | K | T | | | | | |
| 18. Rental Property #3, Metropolis, IL | | None | J | W | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000     P4 = More than $50,000,000
3. Value Method Codes     Q = Appr sal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FOREMAN, JAMES L | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. WalMart de Mexico SA DE fka Cifra SA De CV ADR | A | Dividend | J | T | | | | | |
| 20. Dell Common Stock | | None | J | T | | | | | |
| 21. Verizon Common Stock | A | Dividend | J | T | | | | | |
| 22. Cisco Common Stock | | None | J | T | | | | | |
| 23. IRA-Investment Co of America-Trust #1 | | None | K | T | Part W'drawl | 12/13 | J | | |
| 24. IRA-Investment Co of America-Trust #2 | | None | K | T | Part W'drawl | 12/17 | J | | |
| 25. IRA-Scudder US Gov't Fund (fka Kemper US Mtg) | | None | J | T | Withdrawal | 12/17 | J | | |
| 26. Oracle Common Stock-Trust #1 | | None | J | T | | | | | |
| 27. Medtronics Common Stock-Trust #2 | A | Dividend | J | T | | | | | |
| 28. Pfizer Common Stock-Trust #2 | A | Dividend | J | T | Partial Sale | 11/10 | J | B | |
| | | | | | Sale of Ball | 12/20 | J | B | |
| 29. Seligman Comm & Info Fund A-Mutual Fund-Trust #2 | | None | J | T | | | | | |
| 30. Watson Pharmaceuticals Common Stock ███ | | None | J | T | | | | | |
| 31. Arch Coal Common Stock-Trust #2 | A | Dividend | J | T | | | | | |
| 32. Disney Common Stock-Trust #1 | A | Dividend | J | T | | | | | |
| 33. Pepsico Common Stock-Trust #2 | A | Dividend | J | T | | | | | |
| 34. Dollar General Common Stock-Trust #1 | A | Dividend | J | T | | | | | |
| 35. Cash Technolgies Inc Common Stock | | None | J | T | | | | | |
| 36. Centennial Money Mkt-Trust #1 | A | Interest | J | T | Redeemed | 10/05 | J | A | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FOREMAN, JAMES L | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions )

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Metho Code 3 (Q-W) | (1) Type (e.g. buy, sell, rne gen, re emption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Amerigas Partners LP Units of LTD Partners Interests-Trust# 1 | B | Dividend | K | T | | | | | |
| 38. Avaya, Inc Common Stock-Trust #1 | | None | J | T | | | | | |
| 39. General Electric Common Stock-Trust #1 | A | Dividend | J | T | | | | | |
| 40. Nationwide Health Properties-Trust #1 | A | Dividend | J | T | | | | | |
| 41. Teppco Partners LP UT of Ltd Partnership Int-Trust #1 | B | Dividend | K | T | | | | | |
| 42. Regions Fin Corp fka Union Planters Corp Com Stock-Trust #1 | A | Dividend | K | T | | | | | |
| 43. America Mutual Fund A Inc-Trust #1 | B | Dividend | L | T | | | | | |
| 44. Income Fund of America Inc-Trust #1 | C | Dividend | M | T | | | | | |
| 45. Growth Fund of America-Trust #1 | A | Dividend | K | T | | | | | |
| 46. Delaware Group Tax Free FD Inc Tax Free USA FD CL A-Trust #1 | B | Dividend | K | T | | | | | |
| 47. Nuveen Muni Trust Ltd Term Muni Bond Fund CL A-Trust #1 | A | Dividend | K | T | | | | | |
| 48. Nuveen Multistate Trust IV Mo Muni BD FD CL A-Trust #1 | B | Dividend | L | T | | | | | |
| 49. Cascade National Gas Corp Notes-Trusts #1 & #2 | B | Interest | K | T | | | | | |
| 50. Metlife Common Stock | A | Dividend | J | T | | | | | |
| 51. IL Sports Fac AuthState Trusts #1 & #2 | A | Interest | K | t | | | | | |
| 52. Certificate of Deposit-Gibraltar Bank-Trust #1 | A | Interest | M | T | Redeemed | 2/26 | M | A | |
| 53. Certificate of Deposit-Gibraltar Bank-Trust #2 | A | Interest | M | T | Redeemed | 2/26 | M | A | |
| 54. Certificate of Deposit-Gibraltar Bank-Trust #1 & #2 | A | Interest | M | T | Redeemed | 2/26 | M | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 o: less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$35,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOREMAN, JAMES L | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. di., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q,W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. UBS Pace Global Fixed Income fka UBS Gbl Assts Mgmt-Trust #1 | A | Dividend | J | T | | | | | |
| 56. UBS Cash Fund fka UBS-Trusts #1 & #2 | A | Interest | K | T | | | | | |
| 57. FSP Innsbrook-REIT Trust #1 | B | Dividend | K | T | | | | | |
| 58. FSP Innsbrook-REIT Trust #2 | B | Dividend | K | T | | | | | |
| 59. FSP Blue Lagoon-REIT-Trust #1 | B | Dividend | K | T | | | | | |
| 60. FSP Blue Lagoon-REIT-Trust #2 | B | Dividend | K | T | | | | | |
| 61. FSP505 Waterford-REIT-Trust #1 | A | Dividend | K | T | Buy | 11/23 | K | | |
| 62. FSP 505 Waterford-REIT-Trust #2 | A | Dividend | K | T | Buy | 11/23 | K | | |
| 63. Van Kamper Strategic Muni Income Fund-Trust #2 | A | Dividend | K | T | Buy | 11/20 | K | | |
| 64. Unts Value Select 10-Trust #1 | A | Dividend | J | T | Buy | 10/20 | J | | |
| 65. Unts Value Select 10-Trust #2 | A | Dividend | J | T | Buy | 10/20 | J | | |
| 66. Johnson & Johnson-Trust #2* | A | Dividend | J | T | Buy | 4/23 | J | | |
| 67. Scudder Mutual Funds-Trust #1 | A | Dividend | K | T | Buy | 10/11 | K | | |
| 68. Edward Jones Money Market Funds-Trusts #1 & #2** | A | Dividend | K | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less
B = $1,001-$2,500
C = $2,501-$5,000
D = $5,001-$15,000
E = $15,001-$50,000
F = $50,001-$100,000
G = $100,001-$1,000,000
H1 = $1,000,001-$5,000,000
H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less
K = $15,001-$50,000
L = $50,001-$100,000
M = $100,001-$250,000
N = $250,000-$500,000
O = $500,001-$1,000,000
P1 = $1,000,001-$5,000,000
P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000
P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)
Q = Appraisal
R = Cost (Real Estate Only)
S = Assessment
T = Cash/Market
U = Book Value
V = Other
W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

*The Johnson & Johnson stock was purchased 04/23/03 by ████ (Trust #2) and inadvertently overlooked to be included in the 2003 Financia l Disclosure Report.

**This money market fund is the result of dividends not reinvested and redemption of certain bonds and sale of stock over the past year.

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

FOREMAN, JAMES L

Date of Report

5/3/2005

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

# FINANCIAL DISCLOSURE REPORT

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date___May 3, 2005___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544